DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

PHILIP KOPCZYNSKI (NYBN 4627741)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7200
     Facsimile: (415) 436-7027
     philip.kopczynski@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 15-CR-494 JD |
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) |
| ALAN COOPER, | ) |
| Defendant. | ) |

**STIPULATION**

     Because of a scheduling conflict for a government witness, the United States and Alan Cooper, through counsel, agree that, with leave of Court, the probation revocation hearing currently scheduled for June 19, 2019 at 10:30 a.m., will be continued to August 7, 2019 at 10:30 a.m.  The parties will file their pre-hearing memoranda by July 31, 2019.

DATED:  June 11, 2019         /s/ _____
                                 PHILIP KOPCZYNSKI
                                 Assistant United States Attorney

DATED:  June 11, 2019         /s/ _____
                                 DARLENE COMSTEDT
                                 Attorney for Alan Cooper

1

**[ORDER**

2    It is so ordered. DATED:

3        June 14, 2019

                         _____

4                          HON. JAMES DONATO

                         United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28