# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **JUDGMENT IN A CRIMINAL CASE** |
| ) | (For **Violation** of Probation or Supervised Release) |
| **v.** ) | |
| Alan Cooper ) | USDC Case Number: CR-15-00494-001 JD |
| ) | BOP Case Number: DCAN415CR00494-001 |
| ) | USM Number: 21051-111 |
| ) | Defendant's Attorney: Darlene Comstedt |

**THE DEFENDANT:**

☑ admitted guilt to violation of conditions of probation as set forth in Charge Two (2) of the Amended Petition for Arrest Warrant for Offender Under Supervision filed on February 26, 2019.

☑ was found in violation of condition of probation as set forth in Charge One (1) of the Amended Petition for Arrest Warrant for Offender Under Supervision filed on February 26, 2019, after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Shall not commit another federal, state or local crime. | 12/12/2018 |
| Two | Shall not purchase, possess, use, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. | 1/27/2019 |

The defendant is sentenced as provided in pages 2 through  4  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| | 8/7/2019 |
| Last Four Digits of Defendant's Soc. Sec. No.: 8734 | Date of Imposition of Judgment |
| | |
| Defendant's Year of Birth: 1988 | *[signature]* |
| | Signature of Judge |
| City and State of Defendant's Residence: | The Honorable James Donato |
| Brentwood, California | United States District Judge |
| | Name & Title of Judge |
| | |
| | 8/9/2019 |
| | Date Signed |

# PROBATION

The defendant is hereby sentenced to probation for a term of: <u>an additional six-month term of probation</u>

## MANDATORY CONDITIONS OF SUPERVISION

1) You must not commit another federal, state or local crime.
2) You must not unlawfully possess a controlled substance.
3) You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4) ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5) ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6) ☐ You must participate in an approved program for domestic violence. *(check if applicable)*
7) ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8) You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9) If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10) You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court, and bring about improvements in your conduct and condition.

1) You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of RELEASE, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2) After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3) You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4) You must follow the instructions of the probation officer related to the conditions of supervision.
5) You must answer truthfully the questions asked by your probation officer.
6) You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with, for example), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
7) You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by these and the special conditions of your supervision that he or she observes in plain view.
8) You must work at least part-time (defined as 20 hours per week) at a lawful type of employment unless excused from doing so by the probation officer for schooling, training, community service or other acceptable activities. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not

    possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

9) You must not communicate or interact with someone you know is engaged in criminal activity. You must not associate, communicate, or interact with any person you know has been convicted of a felony, unless granted permission to do so by the probation officer.
10) If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
11) You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12) You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

☐ If the probation officer determines that you pose a risk to a third party, the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk. *(check if applicable)*

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision upon a finding of a violation of probation or supervised release.

(Signed)

| Defendant | Date |

| U.S. Probation Officer/Designated Witness | Date |

# SPECIAL CONDITIONS OF SUPERVISION

Prior Conditions

1. You must participate in the Location Monitoring Program as directed by the probation officer for a period of three months and be monitored by Location Monitoring technology at the discretion of the probation officer. Location monitoring shall be utilized to verify his compliance with home detention while on the program.  You are restricted to his residence at all times, except for employment, education, religious services, medical appointments, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities pre-approved by the probation officer. You will be permitted to assist with the medical needs of his grandfather. The defendant shall pay all or part of the costs of the program based upon his ability to pay as determined by the probation officer.

2. You must participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from treatment by the probation officer. You are to pay part or all of the cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of urinalysis and counseling. The actual co-payment schedule shall be determined by the probation officer.

3. You must abstain from the use of all alcoholic beverages.

4. You must pay any restitution, fine and special assessment that is imposed by this judgment and that remains unpaid at the commencement of the term of probation.

5. You must not open any new lines of credit and/or incur new debt without the prior permission of the probation officer.

6. You must provide the probation officer with access to any financial information, including tax returns, and shall authorize the probation officer to conduct credit checks and obtain copies of income tax returns.

7. You must submit your person, residence, office, vehicle, or any property under his or her control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.

8. You must perform 100 hours of community service as directed by the probation officer, with a minimum of 50 hours to be completed in each of the first two years of probation.

9. You must cooperate in the collection of DNA as directed by the probation officer.

10. You must not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons.

The Defendant must pay the total criminal monetary penalties as originally imposed, less any payments already received, per the further conditions below:

   Special Assessment: $ 200.00    Fine: $ 1,500.00    Restitution: $ 140.00

11. You must pay the restitution, fine, and special assessment that was originally imposed at the following rate:  March 2018 through May 2018, payments at a rate of at least $10 per month; and June 2018 through October 2019, payments at a rate of at least $30 per month.

12. You must perform an additional 99 hours of community service as directed by the probation officer.  The community service shall be completed by March 2019.